■ CASTLETON DEVELOPMENT, LLC, et al., Respondents, v GREENMAN-PEDERSEN, INC., Appellant. [930 NYS2d 170]—

1310

It is hereby ordered that the order so appealed from is unanimously affirmed with costs. Present—Centra, J.P., Peradotto, Carni, Green and Gorski, JJ.